IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH TAGGART, *on behalf of himself and others similarly situated*,<br><br>*Plaintiff,*<br><br>v.<br><br>THE HONORABLE JEFFREY SALTZ, *et al.*,<br><br>*Defendants.* | CIVIL ACTION<br>NO. 20-01638 |

## ORDER

**AND NOW**, this 7th day of October 2020, upon consideration of Defendants' Motions to Dismiss, (ECF Nos. 40, 41, 43), Plaintiff's Response, (ECF No. 53), and Defendants' Replies, (ECF Nos. 54, 56), it is hereby **ORDERED** that Defendants' Motions are **GRANTED**. Plaintiff's Motion for Leave to File a Second Amended Complaint is **DENIED**. Plaintiff's Motion to Take Judicial Notice and Request for Oral Argument is **DENIED as moot**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1